**Robert Junior WARDRICK,
Plaintiff—Appellant,**

v.

**Valley Gun SMITH; Melvin Abrams;
Valley Gun Shop; Towson Jerrer-
sonian, Defendants—Appellees.**

**No. 07–7245.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2007.

Decided: Nov. 27, 2007.

Robert Junior Wardrick, Appellant pro
se.

Before WILLIAMS, Chief Judge, and
MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Robert Junior Wardrick appeals the dis-
trict court's order dismissing without prej-
udice his 42 U.S.C. § 1983 (2000) com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Wardrick v. Valley Gun Smith,*
No. 1:07–ct–01747–AMD (D.Md. July 31,
2007). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*